**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| SHARNIA PHILLIPS, | ) | |
| | ) | No. 18-CV-00316 |
| Plaintiff, | ) | |
| v. | ) | Honorable Mary M. Rowland |
| | ) | |
| CITY OF CHICAGO, *et al*, | ) | Magistrate Judge |
| | ) | Maria G. Valdez |
| Defendants. | ) | |
| | ) | |

**<u>NOTICE OF FILING</u>**

To:   Jordan F. Yurchich, Esq.             Jonathan Clark Green, Esq.
        Corporation Counsel                 Ass't. Corp. Counsel Supervisor
        Department of Law                    Department of Law
        30 N. LaSalle St., Suite 900          30 N. LaSalle St., Suite 900
        Chicago, Illinois 60602              Chicago, Illinois 60602
        jordan.yurchich2@cityofchicago.org   jonathan.green@cityofchicago.org

cc:   Brian Joseph Wilson, Esq., brian.wilson2@cityofchicago.org
        Dortricia Penn, Esq., dortricia.penn@cityofchicago.org
        Maxwell Evan Lisy, Esq., maxwell.lisy@cityofchicago.org

      **PLEASE TAKE NOTICE** that on this **23rd day of July, 2020**, I have caused to be served **PLAINTIFF'S THIRD AMENDED COMPLAINT**, and hereby certify that I have served this Notice by causing it to be delivered via email, to all parties of records, at the addresses shown above, as well as by causing it to be e-filed via the Case Management/Electronic Case filing system with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division.

                                  By:*/s/ Peter A. Cantwell*
                                     Peter A. Cantwell
                                     Attorney for Sharnia Phillips

CANTWELL & CANTWELL
30 N. Lasalle Street, Suite 2850
Chicago, Illinois 60602
(312) 372-3000
peterc@cc-legal.com