

| | |
|---|---|
| **ISSUE DATE:** | 03 September 2015 |
| **EFFECTIVE DATE:** | 03 September 2015 |
| **RESCINDS:** | 02 June 2007 Version |
| **INDEX CATEGORY:** | Preliminary Investigations |

**Chicago Police Department — SEARCH WARRANTS — Special Order S04-19**

I. **PURPOSE**

This directive:

- A. outlines procedures for preparing Complaints for Search Warrants (CCMC-1-219) and Search Warrants (CCMC-1-220).
- B. establishes the procedures for obtaining, executing, returning, and retaining Complaints for Search Warrants and Search Warrants.
- C. prescribes a process for the review of Complaints for Search Warrants and Search Warrants by the *designated unit supervisor the rank of lieutenant or above* before these documents are submitted to an assistant state's attorney.

II. **POLICY**

- A. A sworn member of the **rank of sergeant or above** will perform the functions of the search team supervisor and will:
    1. oversee all pre-execution planning requirements.
    2. be present and remain on the scene during the time of execution.
    3. oversee all post-execution reporting requirements.
- B. A sworn member assigned to the search team and designated by the search team supervisor will perform the functions of the evidence officer for every search warrant execution.
- C. Uniform Requirements
    1. For each search warrant execution, at least one participating member will be attired in the prescribed seasonal field uniform.
    2. For the purposes of public and individual officer safety, all civilian dress members of the Chicago Police Department engaged in the execution of a search warrant will make themselves identifiable by use of specialized personal garments (i.e., Specialized Cap and Warrant Team Vest), in accordance with the provisions of this directive.

        **NOTE:** Descriptions of and authorizations for specialized personal garments are contained in the Department directive entitled "**Departmental Specialized Personal Garments**."

    3. In unusual circumstances, the search team supervisor may authorize an exception to uniform requirements, but must be prepared to justify such an exception (e.g., approach path is carefully guarded, necessitating covert entry onto the premises; search team members must remain inconspicuous at the location delaying actual search warrant execution until the arrival of a particular offender).
    4. Department members assigned to the Office of the Superintendent, *the Bureau of Detectives, and the Bureau of Organized Crime* may be exempt from the uniform requirements with prior approval from the appropriate *exempt* Department member.



- D. Department members are prohibited from using their personal funds for the purchase of cannabis, controlled substances, or other items of contraband.
- E. All search warrants obtained by Department members, including those which did not result in the seizure of property or are returned unexecuted, will be documented by the creation and approval of a Search Warrant Data record in the CLEAR system.

### III. GENERAL INFORMATION

- A. Specific units, designated by the *appropriate Bureau Chief or exempt Department member,* will be authorized to wear specialized personal garments during the execution of search warrants or other Department-related duties.
- B. The Equipment and Supply Section, will maintain a supply of specialized personal garments for distribution to designated units that have personnel authorized to wear specialized personal garments.
- C. Department members authorized to wear specialized personal garments and attired in civilian dress **will** wear the required identifying garments prior to and while executing a search warrant.

    **NOTE:** All districts and designated units have been supplied an inventory of Warrant Team Vests to be made available for the execution of search warrants.

### IV. SEARCH WARRANT CLASSIFICATIONS

- A. John Doe Search Warrants
    1. An individual will be classified as a John Doe for the purposes of obtaining a Search Warrant when:
        a. the individual provides specific information concerning a criminal activity to a specific Department member or team;
        b. the individual wishes to remain anonymous throughout the course of obtaining the search warrant; and
        c. the specific information has been verified and corroborated by an independent investigation by the Department member.
    2. Department members utilizing an individual classified as a John Doe for the purposes of obtaining a search warrant will present this individual to the judge approving the Search Warrant.
- B. Unregistered Cooperating Individuals
    1. An individual will be classified as an **Unregistered Cooperating Individual (UCI)** for the purposes of obtaining a Search Warrant when the individual:
        a. provides specific information concerning a criminal activity to a specific Department member or team;
        b. has given repeated, documented, and verified information concerning prior criminal activity to a specific Department member or team;
        c. **has not received** monetary or other compensation for cooperation; and
        d. **is not registered** with the *Bureau of Organized Crime*.
    2. Unregistered Cooperating Individual (UCI) Files
        a. In order to provide protection to both Department members and the UCI, a standardized procedure has been established to document the use of the UCI. In

order to protect the anonymity of the UCI, Department members utilizing a UCI will maintain a UCI File which will:

(1) document the identity and reliability of the UCI;

(2) establish the credibility of the UCI in support of search warrant activities; and

(3) collect and retain pertinent information of the UCI in order to maintain the integrity of the system.

b. Department members utilizing a UCI will maintain a UCI File which will include a copy of any:

(1) associated reports from each instance the UCI provides information that leads to an arrest or recovery of evidence.

(2) Illinois State Police Crime Lab Report from each instance a lab report is received for evidence that was recovered based on information received from a UCI.

(3) Search Warrant obtained based on information received from a UCI.

3. Department members utilizing a UCI for the purposes of obtaining Search Warrants, upon submission of the Search Warrant, will make the UCI File available for review to the approving *designated unit supervisor the rank of lieutenant or above.*

4. *The designated unit supervisor the rank of lieutenant or above, will ensure that the Department member's UCI File is reviewed and contains all pertinent information listed in item IV-2-1 through 3, before approving the Complaint for Search Warrant and the Search Warrant.*

C. Registered Cooperating Individual (RCI)

1. An individual will be classified as a **Registered Cooperating Individual (RCI)** for the purposes of obtaining a Search Warrant when the individual:

   a. provides specific information concerning a criminal activity to a specific Department member or team;

   b. has given repeated, documented, and verified information concerning prior criminal activity to a specific Department member or team;

   c. is eligible to receive monetary or other compensation for cooperation consistent with established Department policy; and

   d. is registered as a RCI through the *Bureau of Organized Crime.*

      **NOTE:** *Bureau of Patrol Gun Teams are the only Non-Bureau Organized Crime members who may be authorized to utilize the Bureau of Organized Crime's Registered Cooperating Individual System. A BOC liaison will assist in registering the cooperating individual and be the file handler for the Bureau of Patrol Gun Team member.*

2. Registered Cooperating Individual (RCI) Files

   In order to provide protection to both Department members and the RCI, a standardized procedure has been established to document the use of the RCI. In order to protect the anonymity of RCIs, a secured Department repository is maintained by the *Bureau of Organized Crime* and contains the Department's Registered Cooperating Individual Files. RCI Files are created to:

   a. document the identity and reliability of the RCI;

   b. establish the credibility of the RCI in support of search warrant activities;

   c. document an individual's cooperation in support of requests for letters of consideration;

   d. record the monetary payments and dispensing of "1505" and contingency fund monies; and

   e. collect and retain pertinent information of the RCI in order to maintain the integrity of the system.

    **NOTE:** *Bureau of Internal Affairs will maintain their own Registered Cooperating Individual (RCI) Files and repository separate from Bureau of Organized Crime for confidentiality purposes.*

  3. *Department members utilizing a RCI for the purposes of obtaining Search Warrants will submit a copy of any required reports, pursuant to procedures established by the Bureau of Organized Crime*

 D. The Chief, *Bureau of Organized Crime,* will ensure Registered Cooperating Individuals (RCI) are registered and the *Bureau of Organized Crime* Registered Cooperating Individual File System is maintained and secured in accordance with established policy and procedures set forth by *BOC* directives.

 E. For the purposes of obtaining a Search Warrant, the *designated unit supervisor the rank of lieutenant or above* of units utilizing:

  1. John Does will ensure the information has been verified and corroborated by an independent investigation by the Department member prior to approval of the Search Warrant.

  2. Unregistered Cooperating Individuals (UCI) will review the UCI File prior to approval of the Search Warrant.

  3. Registered Cooperating Individuals (RCI) will review the unit-level RCI File prior to approval of the Search Warrant.

## V. BOUNDARY CONSIDERATIONS

 A. Whenever a Department member wishes to obtain a search warrant to be executed outside of Cook County **and** the search warrant is related to a criminal offense which occurred outside the jurisdiction of Cook County, the member will follow the procedure required by the Office of the State's Attorney of the affected jurisdiction regarding preparation and execution of the warrant, processing of evidence, and prosecution.

   **NOTE:** Department members obtaining a warrant according to the procedures outlined above **are still required** to follow the provisions of this directive regarding Department supervisory review and search warrant documentation and execution procedures.

 B. The Office of the Cook County State's Attorney will be contacted, according to the procedures outlined in this directive, when Department members seek to obtain a search warrant in the following circumstances:

  1. The location of the search warrant is within the City of Chicago.

  2. The associated criminal act occurred within the City of Chicago, and a search warrant is sought for a location, either:

   a. outside the corporate limits of the City of Chicago, or

   b. outside the geographical boundaries of Cook County.

    **NOTE:** Whenever possible, Department members who intend to execute a search warrant outside the City of Chicago will notify the local jurisdiction to seek the assistance of local law enforcement personnel.

 C. Members assigned to the Bureau of Patrol will not execute search warrants outside of their boundary of assignment unless they are working with personnel from a unit of the *Bureau of Detectives, Bureau of Organized Crime,* or the district of occurrence. In such circumstances, prior to execution, notifications must be made to:

  1. the *station supervisor* of the district of occurrence;

  2. the *designated unit supervisor /station supervisor* of the search team; and

  3. *Crime Prevention and Information Center (CPIC)*.

 D. Department members executing a Search Warrant outside the corporate limits of the City of Chicago will notify:

  1. the *designated unit supervisor / station supervisor* of the search team; and

  2. *Crime Prevention and Information Center (CPIC)*.

   **NOTE:** *Whenever possible, Department members who intend to execute a search warrant outside the City of Chicago will notify the local jurisdiction to seek the assistance of local law enforcement personnel.*

## VI. SEARCH WARRANT COMPLAINT PREPARATION

 A. A Department member preparing a Search Warrant will:

  1. prepare one original Complaint for Search Warrant and one original Search Warrant.

  2. ensure that both the Complaint for Search Warrant and the Search Warrant accurately and specifically describe the person and/or premises to be searched and articles to be seized.

  3. present both the Complaint for Search Warrant and Search Warrant to the *designated unit supervisor the rank of lieutenant or above* for review.

 B. The *designated unit supervisor the rank of lieutenant or above,* will:

  1. examine the Complaint for Search Warrant and the Search Warrant in light of statutory and constitutional requirements.

  2. determine that:

   a. the facts alleged in the complaint are credible and reliable. If the complaint is based upon information received from a John Doe, Unregistered Cooperating Individual, or Registered Cooperating Individual, the *designated unit supervisor* will:

    (1) follow the guidelines established in Item IV of this directive.

    (2) determine whether the Search Warrant is substantiated by claims of prior use of the particular individual or clearly indicates that an investigation undertaken as a result of the information received validates an assertion of probable cause.

   b. all facts stated in the complaint were properly obtained.

   c. the investigation leading up to the need for a search warrant has been thoroughly conducted. If additional investigation is determined to be necessary, the complaint will be returned to the Department member for appropriate action.

        d.    the information concerning the place(s) and/or person(s) to be searched is specifically and accurately described in both the Complaint for Search Warrant and the Search Warrant.

        e.    the articles to be seized are described with particularity.

        f.    the technical aspects of both the Complaint for Search Warrant and the Search Warrant are correct (dates, times, spelling of names, etc.).

        g.    probable cause for the issuance of the Search Warrant is stated in the Complaint. Probable cause is present when the facts and circumstances are sufficient to warrant a person of reasonable caution to believe that a crime has been committed, and that evidence of the crime can be found at the premises to be searched.

3. interview the Department member requesting the Search Warrant, if necessary, for clarification or verification.

4. ensure Chicago High Intensity Drug Trafficking Area (HIDTA) is notified and the search warrant information is submitted on a Chicago HIDTA Deconfliction Submission for event deconfliction following the established procedures.

5. indicate approval of both the Complaint for Search Warrant and the Search Warrant by **initialing with star number and recording the date of approval and deconfliction number** in the lower-left margin of the face side of **each original** document, returning the documents to the requesting Department member.

## VII. SEARCH WARRANT APPROVAL

A member seeking to obtain a search warrant will:

A. obtain approval from a Cook County Assistant State's Attorney assigned to the Felony Review Unit or Narcotics Prosecution Bureau, or City of Chicago Attorney, as appropriate, using one of the following approval procedures:

    1.    Present the Complaint for Search Warrant and the Search Warrant in person for review and approval:

        a.    between 0900 and 1700 hours on regular court days at the Cook County State's Attorney's Office.

            (1)    **Narcotics-related** warrants will be processed by the Narcotics Prosecution Bureau.

            (2)    **All others** will be processed by the Felony Review Unit.

        b.    between 1700 and 0900 hours or on court holidays to an assistant states attorney assigned to the Felony Review Unit.

        **NOTE:**    The requesting officer should contact the Felony Review Unit prior to arriving at the Cook County State's Attorney's Office.

    2.    for narcotics-related and gambling-related Search Warrants, submit the Complaint for Search Warrant and the Search Warrant following the procedures outlined in the directive entitled "**Alternate Search Warrant Approval Method**."

    3.    for Search Warrants alleging criminal acts in violation of the Municipal Code of Chicago which carry a penalty of incarceration upon conviction, follow the procedures outlined in the directive entitled "**Municipal Ordinance Search Warrant Approval Method**."

B. ensure that the approving attorney who examines the complaint signs and enters a warrant number on the original document of both the Complaint for Search Warrant and Search Warrant.

C. present the Complaint for Search Warrant and Search Warrant to a judge for signature.

D. ensure the date and time of the judge's approval has been recorded by the court on both original documents.

E. print the name of the approving judge and the approving attorney in the lower-right margin on both of the originals and prepare one copy of the Complaint for Search Warrant and two copies of the Search Warrant.

## VIII. SEARCH WARRANT EXECUTION

A. Prior to the execution of a search warrant, the search team supervisor will:

1. conduct a planning session with the search team members assigned to participate in the execution of the warrant.

2. ensure that participating members are thoroughly familiar with:

   a. the purpose and scope of the search;
   b. the location of the search;
   c. each member's identity and assigned duties;
   d. the function and operation of the equipment to be used;
   e. known/potential hazards likely to affect the execution of the search warrant.

3. determine if exceptions to the uniform or equipment provisions of this directive are going to be requested. The search team supervisor must request **prior** approval from the *designated unit supervisor.*

4. consult with a SWAT team supervisor if:

   a. the offender has a violent criminal history;
   b. the offender has a history of violence against the police;
   c. the offender is known to keep firearms readily available;
   d. a large number of offenders are present;
   e. the location is fortified;
   f. guard dogs or other violent dogs are present;
   g. a "no knock" search warrant has been issued pursuant to 725 ILCS55/108-8; or
   h. there are any other circumstances, as determined by the search team supervisor, that indicate a consultation is appropriate.

      **NOTE:** A SWAT team supervisor can be contacted at all times via the 24-hour SWAT desk, *BELL 6-7180 or PAX 4344.*

5. ensure that a Search Warrant Data record is created in the CLEAR system, including the completion of the:

   a. Personnel Assignments section.
   b. justification for any exception to the uniform requirements as outlined in this directive. The exception and its justification will be noted in the Equipment Exception field.

6. review the Search Warrant Data-Part I record, ensuring that all Items for Consideration have been considered.

7. after a satisfactory review, submit the Search Warrant Data-Part I record electronically to the *designated unit supervisor the rank of lieutenant or above* for approval.

S04-19  Search Warrants
© Chicago Police Department, September 2015

Current as of 03 March 2017:1230 hrs
Page 7 of 14

8. request the presence of a canine team when the focus of the warrant is narcotics and/or explosives.

   **NOTE:** Search team supervisors not utilizing a canine team for these situations will justify in the appropriate case report why a canine team was not used (e.g, canine team not available, search involved a safety deposit box).

9. designate a search-team member that has received Department training in the use of digital cameras and uploading images to photograph images consistent with Item VIII-E-5 of this directive.

   **NOTE:** Any unit that does not have access to a Department-issued digital camera or a Department member trained in its use will request the services of an evidence technician.

B. The *designated unit supervisor the rank of lieutenant or above* reviewing the Search Warrant Data form prior to execution of a search warrant will:

   1. interview the search team supervisor and:

      a. determine whether the Items for Consideration have been reviewed.

      b. verify that all civilian dress search team members have the appropriate specialized personal garments (i.e., Specialized Cap, Warrant Team Vest).

      c. ensure the search warrant information is submitted to Chicago HIDTA for event deconfliction consistent with the Department directive entitled "**Chicago HIDTA Deconfliction Submissions**."

      d. indicate approval of the proposed plan electronically in the CLEAR system.

   2. ensure Warrant Team Vests are made available to all civilian dress members of the search team from the unit supply, if necessary.

C. Before entering the location described in the Search Warrant, the search team supervisor will ensure that:

   1. **each participating member is wearing body armor;**

   2. **the premises to be searched are in fact those described in the Search Warrant;**

   3. the Search Warrant is being executed within 96 hours of issuance;

   4. each participating civilian dress member required to wear the cap and the vest is wearing the items;

   5. at least one participating member is attired in the prescribed seasonal field uniform;

   6. at least one member of the search team has a personal radio operating on the zone frequency of the location to be searched;

   7. coordination of communications is established. Members of the search team may use authorized walkie-talkie radios or use specialized frequencies of personal radios intended to be operated in walkie-talkie mode; and

   8. notification of the impending search warrant execution is made to:

      a. The Office of Emergency Management and Communications (OEMC) dispatcher;

      b. the *station supervisor* of the district of occurrence; and

      c. the *designated unit supervisor / station supervisor* of the search team.

D. At the time of actual search warrant execution:

1. the search team supervisor will:

    a. ensure the Department members executing the search warrant adhere to the Knock and Announce Rule and 725 ILCS 5/108-8 and, when applicable, announce their presence and provide the residents a reasonable opportunity to allow entry.

    b. personally coordinate the movements and activities of team members.

    c. ensure that any searches of persons present at the location the search warrant is being executed are conducted in accordance with the provisions of the Department directive entitled "**Processing Persons Under Department Control**."

2. a member of the search team will promptly present a copy of the Search Warrant to the person named in the warrant or, that persons absence, the person in charge of the premises. If no one is present at the site of the search, a copy of the Search Warrant will be left at the place from which articles are seized. If no articles are seized, a copy of the Search Warrant will be left in a conspicuous location on the premises.

3. each member participating in the execution of a search warrant will exercise caution with respect to the rights of those involved. If use of force is required, use only the minimum amount necessary, making every effort to leave the premises in the same condition as originally found.

4. if evidence of a clandestine laboratory exists, the search team supervisor will ensure the procedures outlined in Department directive entitled "**Processing Narcotics Cases**" are followed.

E. Upon securing the premises and determining the situation is under control:

1. the search team supervisor will ensure notifications are made to the following with the particulars of the search:

    a. The OEMC dispatcher.

    b. the *station supervisor* of the district of occurrence.

    c. the *designated unit supervisor / station supervisor* of the search team.

    d. the police agency having immediate jurisdiction that a search warrant has been executed, if outside the City of Chicago.

2. the notified *designated unit supervisor / station supervisor* will include the particulars of the search warrant on their *Watch Incident Log (CPD-21.916)*.

3. *all evidence collection will be the responsibility of the evidence officer.*

    a. *While on the scene of the warrant, only the evidence officer will handle recovered currency during a search.*

    b. Bulk amounts of United States currency subject to inventory will be sealed at the scene in a Currency Inventory Bag (CPD-41.720) and processed consistent with the Department directive entitled "**Inventorying Money**."

        (1) For the purposes of this directive, a bulk amount of United States currency is defined as an amount that is not readily determined on the scene.

        (2) Currency inventory bags will not be used for money suspected of having evidentiary value (e.g., commingled "1505" funds, proceeds of a robbery).

4. the canine team will be utilized before the search team conducts the search, as appropriate.

5. the designated member will:

    a. ensure the correct date and time stamp is added to all digital images.

      b. photograph the following:

          (1) the interior of the premises after it is secured and before it is searched;

          (2) articles seized during the execution of the search warrant;

                **NOTE:** When feasible, articles will be photographed in the locations they were discovered prior to recovery.

          (3) the premises after the search is completed; and

                **NOTE:** Search team members are expected to conduct thorough, systematic, and organized searches for evidence and avoid unnecessary damage; yet, it is understood that search warrant execution will often result in the premises being left in a disorderly state. If damage to the interior, such as drywall, is required, members will note this in the narrative portion of the appropriate case report.

          (4) the point of entry at the time the search warrant team departs from the premises.

6. the evidence officer will:

      a. record all articles recovered from the search on an Evidence Recovery Log (CPD-41.124).

      b. sign the form in the box marked "Recovered by: Name and Star No."

      c. submit the form to the search team supervisor.

7. the search team supervisor will:

      a. review the Evidence Recovery Log and sign it in the box marked "Witnessed by: Name and Star No."

      b. if the location is occupied, request the on-scene person to sign the form in the box marked "Acknowledged By." If refused, check the appropriate box.

      c. leave the pink copy of the log at the location of the search.

      d. inventory the white copy of the log as part of the evidence in the case.

8. If an owner, resident, or other responsible party is not present during the execution of the search warrant, the search warrant supervisor will ensure the point of entry is secured in a reasonable manner.

F. Following the execution of a search warrant,

  1. the Department member who obtained the search warrant will:

      a. submit the appropriate case report or Supplementary Report (CPD-11.411-A) (CPD-11.411-B) for personnel assigned to the *Bureau of Detectives*, regardless of whether the search resulted in the seizure of property or contraband. This report will document that a Search Warrant was obtained and executed.

          **NOTE:** Information, evidence, or testimony used to obtain the Search Warrant which is already documented in the Complaint for Search Warrant need not be restated in this report.

      b. generate a Post-Execution or Returned Warrant Data record in the CLEAR system.

      c. generate a printout of the Sketch Page of the Search Warrant Data record and complete that portion of the record by hand.

        d.    request that the search team supervisor review the record in CLEAR and the completed Sketch Page. Upon a satisfactory review, the member will submit the record electronically to the *designated unit supervisor the rank of lieutenant or above* for approval. The Sketch Page will be submitted to the search team supervisor for his or her signature and then forwarded to the *designated unit supervisor the rank of lieutenant or above* for final approval.

        **NOTE:**    The Post-Execution or Returned Warrant Data record must be approved in the CLEAR system before a related inventory can be submitted for approval.

    2.    the search team supervisor will:

        a.    review the completed Post-Execution or Returned Warrant Data record in the CLEAR system. The supervisor will also review the completed Sketch Page, indicate approval by his or her signature, and forward it to the *designated unit supervisor the rank of lieutenant or above* for final approval.

        b.    whenever cannabis, controlled substances, or other items of contraband are found in unusual locations, after review by the *designated unit supervisor*, forward a copy of the Search Warrant Data record, including the Sketch Page, to the Deputy Chief, Education and Training Division.

        c.    personally conduct a post-execution evaluation session for training purposes with all members who participated in the execution of the search warrant.

        d.    ensure the designated member inventories all digital images as an attachment to the inventory utilizing the eTrack inventory system:

            (1)    The designated member will inventory a photocopy of the original search warrant and include all digital images as an attachment to this inventory.

            (2)    After the digital images are entered into the eTrack system and approved by a supervisor, the designated member will delete the images from the digital camera memory card.

    3.    the *designated unit supervisor the rank of lieutenant or above,* will review the Post-Execution or Returned Warrant Data record and the Sketch Page and indicate his or her review as necessary. The Sketch Page will be returned to the search team supervisor for inclusion in the unit warrant file.

**IX.**    **SEARCH WARRANT RETURN**

    A.    After a search warrant has been executed and:

        1.    an arrest is made, the original Search Warrant and Complaint for Search Warrant will be attached to the court complaint and listed below the arrestees name and charges on the next unshaded line of the Court Complaint Transmittal Listing (CPD-11.551).

        2.    no arrest is made, the original Search Warrant and Complaint for Search Warrant will be returned to the proper court through the use of a Court Complaint Transmittal Listing. The returned warrant will be identified on the transmittal by entering the address of execution and the Search Warrant number (e.g., 2500 East Madison Street, Search Warrant Number SW12345).

    B.    When a search warrant has not been executed within 96 hours of issuance, the Search Warrant will be signed by the returning officer and returned to the clerk of the court within twenty days:

        1.    The Search Warrant will be returned using a Court Complaint Transmittal Listing and identified by entering both the address of the location and the States Attorney's Warrant Number in the space provided for the defendants name on the transmittal.

2. Both a Search Warrant Data-Part I record and a Post-Execution or Returned Warrant Data record will be created in the CLEAR system to document the existence of the warrant.

X. **PROPERTY DISPOSITION**

    A. The evidence officer will ensure:

        1. all other items seized are inventoried in accordance with the Department directive entitled "**Processing Property Under Department Control**."

        2. procedures are initiated according to the provisions of the Department directives entitled "**Seizure And Forfeiture Of Vehicles, Vessels, and Aircraft**." and "**Internal Revenue Service Notification Procedures**" relative to property or monies subject to a forfeiture hearing.

    B. The recovering officer will request the prosecuting attorney obtain a court order, when necessary, to:

        1. authorize the retention of the seized property by the Department for the purposes of investigation or scientific analysis; or

        2. have the seized property impounded by the court and turned over to the court clerk pending final disposition; or

        3. return the seized property to its legal owner; or

        4. dispose of the seized property.

XI. **UNIT RESPONSIBILITIES**

    A. Search Warrant File

        1. Search Warrant files will be maintained in the unit that obtained the Search Warrant in accordance with the existing records retention schedule.

        2. Upon execution or return of a Search Warrant, the unit member who obtained the warrant will:

            a. enter the RD number and the Property Inventory number(s), if applicable, on the copy of the Search Warrant that will be retained in the unit file.

            b. forward this copy of the Search Warrant, a copy of the Complaint for Search Warrant, and the approved Sketch Page to the *exempt unit commanding officer*.

        3. The *exempt unit commanding officer* will review the forms and forward them to the *designated unit supervisor* to be included in the files maintained in the unit.

        4. The *designated unit supervisor the rank of lieutenant or above* will ensure the appropriate information is entered on the Search Warrant Log prior to filing.

    B. Specialized Personal Garments

        1. Designated units will maintain a supply of Warrant Team Vests for **temporary distribution** during the execution of search warrants.

            a. Designated units within the *Bureau of Detectives and Bureau of Organized Crime* include:

                (1) each area headquarters.

                (2) units designated by the *Chief, Bureau of Detectives, and Chief, Bureau of Organized Crime*.

            b. Designated units within the Bureau of Patrol include:

                (1) each district in the Bureau of Patrol.

                (2) units designated by the *Chief*, Bureau of Patrol.

      c. Additional units will be designated by the *appropriate bureau chief or exempt Department member*.

2. Designated unit supervisors are responsible for securing, distributing, and maintaining the unit supply of Warrant Team Vests.

3. Search team members requiring temporary issuance of a Warrant Team Vest will:

      a. sign out the item on the Personal Equipment Log (CPD-21.919) at the unit issuing the item.

      b. return the item to the issuing unit upon completion of the search warrant execution.

4. Warrant Team Vests will **only** be issued directly to personnel assigned to units designated by the *Chief, Bureau of Organized Crime*, in accordance with the provisions outlined in the Department directive entitled "**Departmental Specialized Personal Garments**."

5. Specialized Caps will be distributed to authorized personnel in accordance with the procedures outlined in the Department directive entitled "**Departmental Specialized Personal Garments**."

Items indicated by *italic/double underline* were added or revised

Authenticated by: KC

                    Garry F. McCarthy
                    Superintendent of Police

14-180 TSS

**PHONE BOOK ENTRIES:**

1. **Cook County State's Attorney - Felony Review**
   2650 S. California Ave., Room 14C10
   773-674-3020

2. **Cook County State's Attorneys - Narcotics Prosecutions Bureau**
   (773) 869-2726
   0900 hours and 1700 hours, on regular court days.

**GLOSSARY TERMS:**

1. **Consent to Search Incident**

    A. An incident where Department members obtain verbal or written permission to search a residence or other private property, not accessible to the public, for specific property or individuals.

        **NOTE:** **An incident where verbal consent to search is obtained by a Department member to search a vehicle pursuant to a traffic or investigatory stop is not a consent to search incident.**

2. **Verbal Consent to Search**

   Verbal permission given to Department members to obtain access to and search a residence or other private property not accessible to the public by a citizen who has the legal authority to give consent.

3. **Written Consent to Search**

   Written permission given to Department members to obtain access to and search a residence or other private property not accessible to the public by a citizen who has the legal authority to give consent, **which is documented and approved on a Consent to Search form.**

**ADDENDA:**

1. S04-19-01 - Consent to Search Incidents
2. S04-19-02 - Alternative Search Warrant Approval Method
3. S04-19-03 - Municipal Ordinance Search Warrant Approval Method
4. S04-19-04 - Chicago HIDTA Deconfliction Submissions