(3-81) CCMC-1-220

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

The People of the State of Illinois to all peace officers of the state

## SEARCH WARRANT

On this day, Police Officer Anthony Cutrone #9258, Chicago Police Department, 007th District Tactical Team, Complainant has subscribed and sworn to a complaint for search warrant before me. Upon examination of the complaint, I find that it states facts sufficient to show probable cause.

### I therefore command that you search:

Jasmine Gunn IR# 2020691, female black, DOB: **Redacted** age 24, 5'0" 110 lbs.

### and the premises:

1408 W. 71st St., a one-story, single-family home, with red siding
Chicago, Cook County, IL 60636

### and seize the following instruments, articles and things:

Any firearms within, including assault rifles, magazines, optical scopes, laser scopes, ammunition.
Any money or records detailing illegal gun transactions.
Any surveillance equipment used in the commission of illegal gun transactions.

### which have been used in the commission of, or which constitute evidence of the offense of:

430 ILCS 65/2 (a) (1)

I further command that a return of anything so seized shall be made without necessary delay before me or before:

Judge  CARL B. Boyd        or before any court of competent jurisdiction.

Date and time of issuance: JAN 16, 2017  10:47 pm

JUDGE CARL B Boyd 8073  Judge's No.

Handwritten margin notes:
DECONFLICTION # 171841 (SEARCH WARRANT), # 178239 (TARGET)
TWAN ASA Sean Smyth
1750 04215
2:11:45
1-16-17

EXHIBIT B

(3-81) CCMC-1-220

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

The People of the State of Illinois to all peace officers of the state

## SEARCH WARRANT

On this day, Police Officer Anthony Cutrone #9258, Chicago Police Department, 007th District Tactical Team, Complainant has subscribed and sworn to a complaint for search warrant before me. Upon examination of the complaint, I find that it states facts sufficient to show probable cause.

### I therefore command that you search:

Robert Gunn IR#1685843, male black, DOB: [Redacted] age 26, 5'6" 145 lbs.

### and the premises:

1408 W. 71st St., a one-story, single-family home, with red siding
Chicago, Cook County, IL 60636

### and seize the following instruments, articles and things:

Any firearms within, including assault rifles, magazines, optical scopes, laser scopes, ammunition.
Any money or records detailing illegal gun transactions.
Any surveillance equipment used in the commission of illegal gun transactions.

### which have been used in the commission of, or which constitute evidence of the offense of:

430 ILCS 65/2 (a) (1)

I further command that a return of anything so seized shall be made without necessary delay before me or before:

Judge CARL B. Boyd    or before any court of competent jurisdiction.

JUDGE CARL. B. Boyd    Judge's No. 2073

Date and time of issuance: JAN. 16, 2017  10:55 pm

Sharnia Phillips, et al. v. City of Chicago, et al., 18 C 0316    FCRL 000087